IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEANUTS WORLDWIDE LLC,<br><br>Plaintiff,<br><br>v.<br><br>NANTONG CAKE TEXTILE TECHNOLOGY CO., LTD., et al.<br><br>Defendants. | Case No. 21-cv-06170<br><br>**Judge John Robert Blakey**<br><br>**Magistrate Judge Young B. Kim** |

### SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on January 18, 2022 [45], in favor of Plaintiff Peanuts Worldwide LLC ("Plaintiff") and against the Defendants Identified in Schedule A in the amount of five hundred thousand dollars ($500,000) per Defaulting Defendant for willful use of counterfeit PEANUTS Trademarks and one hundred thousand dollars ($100,000) for willful copyright infringement of the Peanuts Copyrighted Designs, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Zhuji Haoxin Trading Co., ltd. | 3 |
| Fuzhou Smart Artifact Co., limited | 4 |
| Yantai Light Inflatable Co., ltd. | 5 |
| Shenzhen Heng Yi Xin Gift Co., ltd. | 11 |
| Suzhou Qicai Niwa Cultural Creative | 12 |
| Shenzhen Zhongcheng Silicone Products Co., Ltd. | 13 |
| Union Chance Co., ltd | 14 |
| Yiwu Jingzhou Import & Export Co., ltd., | 15 |
| Shenzhen City Yangyu Trading Company Limited | 51 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 15th day of April 2022.   Respectfully submitted,

/s/ Isaku M. Begert
Amy C. Ziegler
Justin R. Gaudio
Isaku M. Begert
Marcella D. Slay
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ibegert@gbc.law
mslay@gbc.law

*Counsel for Plaintiff Peanuts Worldwide LLC*